# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                              Case No: 8:13-cv-2723-T-30TGW

ST. JOSEPH'S HOSPITAL, INC.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Plaintiff EEOC's Emergency Motion to Stay Order Permitting Depositions of EEOC Trial Counsel and 30(b)(6) Representative, Pending Rule 72(a) Appeal (Dkt. #69). Magistrate Judge Wilson entered an order granting in part EEOC's Motions for Protective Order to the extent that the Court limited EEOC's trial attorney Ana Consuelo Martinez's deposition to written interrogatories and limited EEOC's corporate representative's deposition to factual inquiries regarding the specified subject matters. *See* Dkt. # 68. The EEOC requests a stay of both depositions pending this Court's ruling on its forthcoming appeal of the order pursuant to Federal Rule of Civil Procedure 72(a).

Upon review and consideration, it is ORDERED AND ADJUDGED that:

1. EEOC's Emergency Motion to Stay Order Permitting Depositions of EEOC Trial Counsel and 30(b)(6) Representative, Pending Rule 72(a) Appeal (Dkt. #69) is GRANTED.

2. The depositions of EEOC trial counsel Ana Consuelo Martinez and of EEOC's Rule 30(b)(6) representative scheduled for November 7, 2014, are hereby STAYED pending this Court's ruling on the EEOC's forthcoming Rule 72(a) objections to the October 31, 2014 Order (Dkt. #68).

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of November, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2723 stay depositions 69.docx

2