**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                    Case No: 8:13-cv-2723-T-30TGW

ST. JOSEPH'S HOSPITAL, INC.,

    Defendant.

## **ORDER**

THIS CAUSE came before the Court for hearing on November 18, 2014, on the Plaintiff United States Equal Employment Opportunity Commission's ("EEOC") Motion for Leave to Amend the Complaint (Dkt. # 64), Defendant's Response in Opposition to the Motion (Dkt. #71), EEOC's Partially Unopposed Motion to Extend Time to Complete All Remaining Deadlines and For Revised Scheduling Order (Dkt. #72) and EEOC's Rule 72(a) Objections to October 31, 2014 Order (Dkt. # 75). Upon review and consideration, and having heard arguments from counsel, it is therefore

ORDERED AND ADJUDGED that:

1. EEOC's Motion for Leave to Amend the Complaint (Dkt. # 64) is DENIED.

2. EEOC's Partially Unopposed Motion to Extend Time to Complete All Remaining Deadlines and for Revised Scheduling Order (Dkt. #72) is GRANTED TO THE EXTENT THAT the Court extends the fact discovery, expert discovery and

dispositive motion deadlines by sixty (60) days. All other case management deadlines will remain the same.

3.     EEOC's Rule 72(a) Objections to October 31, 2014 Order (Dkt. #75) are SUSTAINED TO THE EXTENT THAT the Court will permit EEOC leave to take four additional depositions. The Order (Dkt. #68) is otherwise upheld.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of November, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2723 orders on 64 72 75.docx