**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                            Case No: 8:13-cv-2723-T-30TGW

ST. JOSEPH'S HOSPITAL, INC.,

    Defendant.

**ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #216). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. #216) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

    2.      The Plaintiff's Motion to Tax Costs (Dkt. #203) is GRANTED.

    3.      Plaintiff's proposed Bill of Costs (Dkt. #202) is APPROVED.

    4.      The Clerk is directed to award a Bill of Costs in the amount of $17,691.24 pursuant to Rule 54(d), F.R.Civ.P.

    5.      This case shall remain closed.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of November, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Odd\2013\13-cv-2723 adopt 216.docx