## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.                                          Case No: 8:13-cv-2723-T-30TGW

ST. JOSEPH'S HOSPITAL, INC.,

    Defendant.

## **ORDER**

THIS CAUSE comes before the Court upon the Opinion/Order (Doc. 222) and Mandate (Doc. 223) of the United States Court of Appeals for the Eleventh Circuit. This Court entered a Judgment (Doc. 173) in favor of Defendant on April 6, 2015. Then, on August 13, 2015, the Court entered an Amended Judgment (Doc. 198) in favor of Plaintiff. After reviewing appeals filed by the Parties, the Court of Appeals reversed the Court's decision in part and remanded the case with instructions to enter judgment in favor of Defendant.

Accordingly, it is ORDERED AND ADJUDGED that:

1.    The Clerk of Court shall enter an amended judgment naming Defendant St. Joseph's Hospital, Inc. as the prevailing party.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of March, 2017.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record